FILED: December 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2425
(21-0416)

_____

SIERRA CLUB; APPALACHIAN VOICES; CHESAPEAKE CLIMATE ACTION NETWORK; WILD VIRGINIA; PRESERVE CRAIG, INC.; BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE; PRESERVE FRANKLIN; PRESERVE BENT MOUNTAIN; PRESERVE GILES COUNTY

      Petitioners

v.

STATE WATER CONTROL BOARD; HEATHER WOOD, in her official capacity as Chair of the State Water Control Board; LOU ANN JESSEE-WALLACE, in her official capacity as Vice-Chair of the State Water Control Board; JILLIAN COHEN, in her official capacity as a Member of the State Water Control Board; TIMOTHY G. HAYES, in his official capacity as a Member of the State Water Control Board; PAULA HILL JASINSKI, in her official capacity as a Member of the State Water Control Board; RYAN C. SEIGER, in his official capacity as a Member of the State Water Control Board; DR. JACK O. LANIER, in his official capacity as a Member of the State Water Control Board; VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY; DAVID K. PAYLOR, in his official capacity as Director of the Virginia Department of Environmental Protection; DAVID L. DAVIS, in his official capacity as Director of the Office of Wetlands and Stream Protection, Virginia Department of Enrivonmental Quality

      Respondents

---

This case has been opened in this court.

| Originating Court | Department of Interior |

| | |
|---|---|
| Originating Case Number | 21-0416 |
| Date Petition Filed: | 12/22/2021 |
| Petitioner(s) | Sierra Club, et al. |
| Appellate Case Number | 21-2425 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |